GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Carin.duryee@usdoj.gov
Attorneys for Plaintiff

FILED

2021 MAY 26 PM 4: 22

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01181 TUC-SHR(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Adam Thomas Gilliland

Defendant.

No.

**INDICTMENT**

VIO:  18 U.S.C. § 2252(a)(2) and (b)(1)
(Distribution of Child Pornography)
Count 1

18 U.S.C. § 2252A(a)(5)(B) and
(b)(2) (Knowing Access of Child
Pornography)
Counts 2-3

**VICTIM CASE**

**THE GRAND JURY CHARGES:**

### COUNT 1

### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about May 13, 2016, in the District of Arizona, ADAM THOMAS GILLILAND, using any means or facility of interstate and foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the following files, entitled: "LS-Video 2000 v-14 Yuliya c1.avi"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 2

### KNOWING ACCESS OF CHILD PORNOGRAPHY

Beginning on a date unknown but including the time period between January 22, 2013 and August 9, 2013, in the District of Arizona, ADAM THOMAS GILLILAND did knowingly access with intent to view child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, ADAM THOMAS GILLILAND did use a Toshiba External Hard Drive MQ01ABC150, Serial Number: 134WT7UVT and the internet to view child pornography images including, but not limited to, the following files:

"00004075.jpeg"

"00004017.jpeg" and

"00004023.jpeg"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT 3

### KNOWING ACCESS OF CHILD PORNOGRAPHY

Beginning on a date unknown but including the time period between February 22, 2011 and May 24, 2015, in the District of Arizona, ADAM THOMAS GILLILAND did knowingly access with intent to view child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was

produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, ADAM THOMAS GILLILAND did use an HP Pavilion Laptop, Serial Number: CNF941D0XW and the internet to view child pornography images including, but not limited to, the following files:

"00106747.jpeg"

"00106364.jpeg"

"00106420.jpeg"

"00107337.jpeg" and

"00106766.jpeg"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: May 26, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/
CARIN C. DURYEE
Assistant U.S. Attorney